**DISMISS and Opinion Filed October 12, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00264-CV**

**DWIGHT JONES, Appellant**

**V.**

**ELIER PERAZA BY ITS AGENT SPECIALIZED PROPERTY MANAGEMENT INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00289-D**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Garcia

After appellant failed to timely file his brief, we directed appellant by postcard dated September 2, 2022, to file his brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220264F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DWIGHT JONES, Appellant

No. 05-22-00264-CV      V.

ELIER PERAZA BY ITS AGENT
SPECIALIZED PROPERTY
MANAGEMENT INC., Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-22-00289-
D.
Opinion delivered by Justice Garcia.
Justices Myers and Pedersen, III
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered October 12, 2022